IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00101-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IGNACIO SANTIAGO-OROPEZA,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the United States' Motion to Quash Arrest Warrant [Docket No. 14]. It is

ORDERED that the Motion to Quash Arrest Warrant [Docket No. 14] is granted. The arrest warrant issued upon indictment is quashed.

DATED March 21, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge