IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00101-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IGNACIO SANTIAGO-OROPEZA,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Count One of the Indictment (at Sentencing) [Docket No. 38]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss Count One of the Indictment (at Sentencing) [Docket No. 38] is granted. Count One of the Indictment is dismissed.

    DATED November 4, 2011.

                                BY THE COURT:

                                PHILIP A. BRIMMER
                                United States District Judge