IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01567-PAB
Criminal Case No. 11-cr-00101-PAB

UNITED STATES OF AMERICA,

v.

IGNACIO SANTIAGO-OROPEZA,

    Movant.

---

**ORDER**

---

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    ORDERED that the United States Attorney on or before July 17, 2012, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

    DATED June 27, 2012.

                                                  BY THE COURT:

                                                  s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  United States District Judge